

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KOLAY FLOORING INTERNATIONAL, LLC, Plaintiff,<br><br>v.<br><br>MILLIKEN & COMPANY, Defendant. | Case No. 2:18-cv-00640-SVW (KSx)<br><br>**[~~PROPOSED~~] JUDGMENT** |
| MILLIKEN & COMPANY, Counterclaimant,<br><br>v.<br><br>KOLAY FLOORING INTERNATIONAL, LLC, and DANIEL P. MITCHELL, Counterdefendants. | |

# [PROPOSED] JUDGMENT

Plaintiff Kolay Flooring International, LLC shall take nothing by way of its complaint, the claims of Kolay Flooring International, LLC shall be and hereby are dismissed on the merits.

Counter-claimant Milliken & Company is the prevailing party on its claim against Kolay Flooring International, LLC and Daniel P. Mitchell to cancel United States Trademark Registration No. 3,398,892 and the Court hereby orders that United States Trademark Registration No. 3,398,892 shall be and hereby is ordered CANCELLED.

As the prevailing party, Defendant and Counterclaimant Milliken & Company shall recover such fees and costs from Kolay Flooring International, LLC and Daniel P. Mitchell as are hereinafter ordered by the Court.

DATED: 12/20/18

The Honorable Stephen V. Wilson
United States District Judge