UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KOLAY FLOORING INTERNATIONAL, LLC,<br>Plaintiff,<br><br>v.<br><br>MILLIKEN & COMPANY,<br>Defendant.<br><br>MILLIKEN & COMPANY,<br>Counterclaimant,<br><br>v.<br><br>KOLAY FLOORING INTERNATIONAL, LLC, and DANIEL P. MITCHELL,<br>Counterdefendants. | Case No. 2:18-cv-00640-SVW (KSx)<br><br>**ORDER AWARDING FEES AND COSTS UNDER 15 U.S.C. § 1117(a)** |

Before the Court is the Motion for Attorney Fees Pursuant to 15 U.S.C. § 1117(a) filed by Defendant and Counter-Claimant Milliken & Company ("Milliken") against Plaintiff and Counterdefendant Kolay Flooring International, LLC ("Kolay") and Counter-defendant Daniel P. Mitchell ("Mitchell"). The Court has considered the briefing of the parties, and the matter having been submitted, and good cause appearing therefore, the Court finds as follows:

For the reasons set forth in the Court's minute order of March 6, 2019, the Court awards the following amount to Milliken & Company, as against Plaintiff Kolay Flooring International, LLC: **$187,633.47**. This is in addition to the $2,203.75 previously awarded to Milliken for costs as the prevailing party (Order at Dkt. 102).

IT IS SO ORDERED.

Dated: March 26, 2019

_____
The Honorable Stephen V. Wilson
United States District Judge